**HIBBING EDUCATION ASSOCIATION, Relator,**

v.

**PUBLIC EMPLOYMENT RELATIONS BOARD, Respondent.**

No. C5–83–1580.

Supreme Court of Minnesota.

Oct. 30, 1984.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of the Public Employment Relations Board for further *review* of the decision of the Court of Appeals be, 346 N.W.2d 389, and the same is, *granted.* Briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.